

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| DENNIS WAYNE GLENN, | § | No. 08-21-00059-CV |
| Appellant, | § | Appeal from the |
| v. | § | 112th Judicial District Court |
| PATTY ANN GLENN, | § | of Upton County, Texas |
| Appellee. | § | (TC#17-11-U-4576-DIV) |
| | § | |

### J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX.R.APP.P. 43.5, for performance of the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF AUGUST, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.